**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KANJI CORPORATION, et al., | Case No.: 2:25-cv-01328-APG-DJA |
| Plaintiffs | **Order Striking Certificate of Interested Parties** |
| v. | |
| YOSHIHARU GLOBAL COMPANY, et al., | |
| Defendants | |

I ORDER that the plaintiffs' certificate of interested parties (ECF No. 8) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of each plaintiff as required by that rule. As I stated in my prior order (ECF No. 7), corporations are citizens of both the state of incorporation and the principal place of business. 28 U.S.C. § 1332(c)(1). **Thus, plaintiff Kanji corporation must identify its state of incorporation and its principal place of business**.

Additionally, as I stated in my prior order, a limited liability company (LLC) is a "citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). **Thus, the LLC plaintiffs must identify the citizenship of each of the LLCs' members, and if any of their members are limited liability companies, the citizenship of each of those members, and so on, until the citizenship is determined through natural persons or corporations**.

I FURTHER ORDER these parties to file a proper certificate of interested parties by August 30, 2025.

DATED this 12th day of August, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE