UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KANJI CORPORATION, et al., | Case No.: 2:25-cv-01328-APG-DJA |
| Plaintiffs | **Order Striking Certificate of Interested Parties** |
| v. | |
| YOSHIHARU GLOBAL COMPANY, et al., | |
| Defendants | |

The plaintiffs' latest attempt to file a proper certificate of interested parties correctly identified Kanji Corporation's place of incorporation and principal place of business. ECF No. 10 at 2.  However, as I have stated in two prior orders, a limited liability company (LLC) is a "citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  **Thus, the LLC plaintiffs must identify the citizenship of each of the LLCs' members, and if any of their members are limited liability companies, the citizenship of each of those members, and so on, until the citizenship is determined through natural persons or corporations**.  The plaintiffs have not identified the citizenship of each of the members of each of the LLC plaintiffs.  So, I once again strike the plaintiffs' certificate of interested parties.

**I have given the plaintiffs multiple opportunities to follow Federal Rule of Civil Procedure 7.1(a)(2) and my orders.  Continued failure to properly file a certificate of interested parties consistent with this court's orders and the Rule may result in an order to show cause why counsel should not be sanctioned.**

I THEREFORE ORDER that the plaintiffs' certificate of interested parties (ECF No. 10) is STRICKEN.

I FURTHER ORDER the plaintiffs to file a proper certificate of interested parties by August 30, 2025.

DATED this 14th day of August, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE