**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KANJI CORPORATION, et al., | Case No.: 2:25-cv-01328-APG-DJA |
| Plaintiffs | **Order Dismissing Case** |
| v. | |
| YOSHIHARU GLOBAL COMPANY, et al., | |
| Defendants | |

On December 1, 2025, the plaintiffs were advised by the court that this action would be dismissed without prejudice unless by December 31, 2025, they either filed proper proof of service or showed good cause why such service was not timely made. The plaintiffs failed to do so.

I THEREFORE ORDER that the above-entitled action is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 7th day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE